```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 24046
   CHARLENE ELIZABETH JONES
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
      SSN XXX-XX-1995
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/16/05 and confirmed on 08/25/05.

    2.  The case was dismissed after confirmation, 02/01/2008.

    3.  The Debtor paid a total of $  35161.31 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIFINANCIAL MORTGAGE | CURRENT MORTG | 25573.97 | .00 | 25573.97 |
| CITIFINANCIAL MORTGAGE | MORTGAGE ARRE | 5398.51 | .00 | 4303.17 |
| AT & T | UNSECURED | NOT FILED | .00 | .00 |
| AURORA RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 94.56 | .47 | 40.08 |
| COTTONWOOD FINANCIAL LTD | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 862.83 | 9.14 | 425.29 |
| FEDCHEX | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 990.24 | 10.48 | 488.11 |
| PITNEY BOWES | UNSECURED | NOT FILED | .00 | .00 |
| TALK AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| WAL MART | UNSECURED | NOT FILED | .00 | .00 |
| THE WISH CENTER | UNSECURED | 431.00 | 4.57 | 212.44 |
| AMEREN IP | FILED LATE | .00 | .00 | .00 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 30972.48 | .00 | 2378.63 | .00 | 33351.11 |
| PRINCIPAL PAID | 29877.14 | .00 | 1165.92 | .00 | 31043.06 |
| INTEREST PAID | .00 | .00 | 24.66 | .00 | 24.66 |
| TOTAL PAID | 29877.14 | .00 | 1190.58 | .00 | 31067.72 |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $   1393.59 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.


Dated: 05/21/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE












                              PAGE   2
        CASE NO. 05 B 24046 CHARLENE ELIZABETH JONES